JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMEN JOHN PERRI, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>9920 VALLEY BLVD LLC, a California limited liability company; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:20-cv-06682-PA-RAO<br><br>**ORDER DISMISSAL WITH PREJUDICE** |

ORDER
DISMISSAL WITH PREJUDICE

After consideration of the Joint Stipulation for Dismissal of the entire action with Prejudice filed by Plaintiff Carmen John Perri ("Plaintiff") and 9920 VALLEY BLVD LLC ("Defendant"), the Court hereby enters a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each party shall bear his or its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: October 27, 2020

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE